96-2496

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARI CANTON,
    Plaintiff
        v.                                    Civil No. 96-1083(SEC)
DORADO BEACH HOTEL CORP., et. al.        Consolidated with 96-2495 &
    Defendants                               96-2496

RECEIVED & FILED
00 AUG 10 AM 7:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

## ORDER

| MOTION | RULING |
|---|---|
| Docket #51<br>Plaintiff's Motion for Reinstatement of Proceedings | Granted and So Ordered. Accordingly, the Clerk of the Court is hereby ORDERED to reopen the above-captioned case as an active case. |

DATE: August 8TH, 2000

SALVADOR E. CASELLAS
United States District Judge

