96-2496

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARI CANTON

    Plaintiff

    v.

DORADO BEACH HOTEL CORP., et. al.

    Defendants

Civil No. 96-1083(SEC)
*Consolidated with Civil Nos. 96-2495 and 96-2496*

## ORDER

By order of the Court, the above-captioned case is hereby transferred to the docket of the recently appointed U.S. District Judge for the District of Puerto Rico, Hon. Jay García-Gregory, to become part of his load of civil cases pursuant to Local Rules 302(2) and 302(7).

**SO ORDERED.**

In San Juan, Puerto Rico, this 8TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)