## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARI CANTON

**Plaintiff(s)**

v.

DORADO BEACH HOTEL CORP., ET
AL

**Defendant(s)**

**CIVIL NO.**   96-1083 (JAG)
                96-2495 (JAG)
                96-2496 (JAG) ✓

---

### AMENDED JUDGMENT

The Judgment entered on January 16, 2001 (Docket #62) was issued in pursuance of plaintiffs Lisa Penfield Windsurfing and Watersports Center, Inc. (Civil No. 96-2496), and Beth Penfield's (Civil No. 96-2495) "Motion for Voluntary Dismissal."

As of the present moment, cases number 96-2496 and 96-2495 are closed. To the contrary, case number 96-1083, Mari Canton v. Dorado Beach Hotel Corp., Hyatt Hotels of Puerto Rico, Inc., and Lisa Penfield is currently open and pending.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of March, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

